UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN STEWART CULLENWARD,<br><br>    Defendant. | No. 2:14-mc-0022-KJN<br><br><br><br>ORDER |

Presently pending before the court is third party Michele Cullenward's motion to quash writs of garnishments against her retirement accounts, which are apparently related to a judgment for restitution entered against her spouse, Martin Cullenward, in a criminal case.  (ECF No. 7.) The motion was filed on March 7, 2014, but has not been set for any specific hearing date. Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for the United States and Ms. Cullenward are directed to meet and confer forthwith with respect to Ms. Cullenward's motion.
2. If they are unable to informally resolve the dispute, the United States shall file a response to the motion to quash no later than March 14, 2014, at 12:00 p.m.
3. Ms. Cullenward may file a reply brief no later than March 18, 2014, at 12:00 p.m.
4. Thereafter, the motion will be submitted on the records and briefs pursuant to Local Rule 230(g), unless the court finds it necessary to schedule oral argument.

5. Enforcement or execution of the writs of garnishment is temporarily stayed pending resolution of the motion to quash.

IT IS SO ORDERED.

Dated: March 11, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE