UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN STEWART CULLENWARD,<br><br>Defendant. | No.  2:14-mc-0022-JAM-KJN<br><br><br><br>ORDER |

Upon notification by the parties, and after further review by the court, the court finds that the actions <u>United States of America v. Cullenward</u>, 2:14-mc-0022-JAM-KJN, and <u>United States of America v. Cullenward</u>, 2:14-mc-0023-JAM-EFB, are related for purposes of Local Rule 123. The actions involve the same parties, and are based on similar claims, questions of fact, and questions of law.  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The action denominated <u>United States of America v. Cullenward</u>, 2:14-mc-0023-JAM-EFB, including the pending motion to quash (ECF No. 8)[1] is reassigned to Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further proceedings.
2. Henceforth, the caption on documents filed in the reassigned case shall be 2:14-mc-0023-JAM-KJN.
3. The Clerk of Court shall make appropriate adjustment in the assignment of miscellaneous cases to compensate for this reassignment.
4. The Clerk of Court shall file a copy of this order in both actions.

IT IS SO ORDERED.

Dated:  March 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the parties, the merits of the motion to quash filed in <u>United States of America v. Cullenward</u>, 2:14-mc-0023-JAM-EFB [ECF No. 8] have already been briefed in <u>United States of America v. Cullenward</u>, 2:14-mc-0022-JAM-KJN.  Therefore, the court does not require any further briefing in the reassigned action at this time.  After reviewing the briefing concerning the pending motions, the court will determine whether any supplemental briefing is necessary and whether a hearing should be scheduled.

2